**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Carrie Scheuerman

                                              Plaintiff,

v.                                                                                  Case No.: 1:23−cv−16245
                                                                                    Honorable Heather K. McShain

Central States Areas Pension Fund

                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 10, 2024:

      MINUTE entry before the Honorable Heather K. McShain: For the reasons stated in the corresponding Order, defendant's motion to dismiss [12] plaintiff's complaint for failure to state a claim for relief is granted in part and denied in part. Enter Order. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.