# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Carrie Scheuerman

                                Plaintiff,

v.                                                           Case No.: 1:23−cv−16245
                                                                    Honorable Heather K. McShain

Central States Areas Pension Fund

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 16, 2024:

      MINUTE entry before the Honorable Heather K. McShain: Telephonic status hearing held on 09/16/2024. Parties report that they are on track to complete fact discovery by the current deadline of 10/04/2024 [24]. Should that change, the party seeking an extension is to file a motion to extend the fact discovery deadline establishing good cause for the request and indicating whether the motion is opposed or unopposed. Joint status report due by 10/07/2024 to update the Court on the following: (a) confirming that fact discovery is complete; (b) whether the parties intend to pursue expert discovery and, if so, a proposed schedule for its completion; (c) whether the parties wish to set a settlement conference and, if so, given that this is a consent case, whether the parties prefer to have a different judge preside over the settlement conference; (d) if the parties do not intend to pursue expert discovery or a settlement conference, whether the parties wish to set a disposition motion schedule or trial date; and (e) any other matters the parties wish to raise with the Court. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.