**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CARRIE SCHEUERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Case No. 1:23-cv-16245** |
| | ) | |
| CENTRAL STATES PENSION FUND | ) | **Magistrate Judge Heather McShain** |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STATUS REPORT**

Plaintiff, Carrie Scheuerman ("Plaintiff" or "Scheuerman"), and Defendant, Central States Pension Fund ("Defendant" or "Central States") (collectively, the "Parties"), by and through their respective attorneys, conferred as required by this Court's Order of December 3, 2024 (Dkt. #53) and jointly submit this Status Report:

a) **Progress of Discovery**

Defendant has completed all remaining depositions of the medical providers Dr. Steven H. Goldberg, Nurse Practitioner Peggy Christianson, and Pharmacist Derek T. Loch. Fact discovery is complete.

b) **Expert Discovery**

Defendant intends to pursue an expert in the field of theology and an expert in the field of public health with a specialization in COVID-19. The parties propose the following deadlines for expert discovery:

Defendant will disclose its experts and provide expert reports by Friday, February 14, 2025.

Plaintiff will complete any expert depositions by Friday, March 14, 2025.

    c) **Status of Settlement Discussions**

The parties have not engaged in settlement discussions since the filing of the Complaint. Now that fact discovery is complete, the parties would like to request a settlement conference. The parties reiterate their preference to have a different judge preside over the settlement conference.

    d) **Additional Issues for the Court's Review**

None at this time.

Dated:    December 13, 2024

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ Ethan Zelizer* | */s/ Michael S. Ferrell* |
| | |
| Ethan Zelizer | Michael S. Ferrell |
| HR Law Counsel, LLC | Daniel R. Simandl |
| 29 S. Webster Street, Suite 350-C | Epstein Becker & Green, P.C. |
| Naperville, IL 60540 | 227 W. Monroe Street, Suite 3250 |
| Tel: 630.551.8374 | Chicago, IL 60606 |
| ethan@hrlawcounsel.com | mferrell@ebglaw.com |
| | dsimandl@ebglaw.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |